Jacob L. Fonnesbeck (#14176)
jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:   (801) 584-1820

*Attorneys for Ryan Mower*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. RYAN MOWER, Defendant. | NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Case No. 1:19-cr-00101-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Dustin B. Pead |
|---|---|

Pursuant to DUCrimR 57-12 and DUCivR 83–1.4, Jacob L. Fonnesbeck of Smith Washburn, LLP, hereby withdraws as counsel of record for Defendant Ryan Mower.

D. Loren Washburn of Armstrong Teasdale, LLP shall continue to represent Mr. Mower in this case. There are no motions pending, hearings scheduled, or upcoming trial date.

DATED: March 17, 2021                    **SMITH WASHBURN, LLP**

                                                  /s/ Jacob L. Fonnesbeck
                                           Jacob L. Fonnesbeck
                                           *Attorneys for Ryan Mower*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served on all parties below at the time of filing via email:

John W. Huber
Jamie Z. Thomas
Kevin Sundwall
Cy Castle
U.S. ATTORNEY'S OFFICE
111 South Main Street, Suite 1800
Salt Lake City, UT 84111
jamie.thomas@usdoj.gov
kevin.sundwall@usdoj.gov
cy.castle@usdoj.gov

*Attorneys for the United States*

                                                  /s/ Pia Martinez